

**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00077-CV

---

## MARIA LOPEZ, Appellant

## V.

## 8601 BROADWAY MANAGEMENT CO LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1216735**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed January 25, 2024. The court reporter indicated on March 28, 2024 that there was no reporter's record. The clerk's record was filed April 3, 2024. No brief was filed.

On May 6, 2024, we issued a notice stating that unless appellant filed a brief along with a motion requesting an extension of time on or before May 16, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.